1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorneys for Plaintiff
6  JUAN VALENCIA

7
                   UNITED STATES DISTRICT COURT
8
                  CENTRAL DISTRICT OF CALIFORNIA
9

10 | JUAN VALENCIA,                          | Case No.: 2:23-cv-07411 MCS (JPRx)
11 |                                         |
12 |         Plaintiff,                      | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
13 |     vs.                                 |
14 | LA ESTRELLA MARKET INC.;                |
15 | ANGELA S. MELGOZA, AS TRUSTEE           |
16 | OF THE MELGOZA FAMILY                   |
   | REVOCABLE TRUST; and DOES 1 to          |
17 | 10,                                     |
18 |         Defendants.                     |

19

20   **PLEASE TAKE NOTICE** that Plaintiff JUAN VALENCIA ("Plaintiff") pursuant
21 to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire
22 action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which
23 provides in relevant part:
24   (a) **Voluntary Dismissal.**
25       (1)  *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
26            and any applicable federal statute, the plaintiff may dismiss an action
27            without a court order by filing:
28

                                         1
         NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: November 3, 2023        **SO. CAL. EQUAL ACCESS GROUP**

        By:   /s/ *Jason J. Kim*
              Jason J. Kim, Esq.
              Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**